IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00412-WYD-MEH

MICHAEL WOOTEN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON, and
LEONARD RIGGS, JR.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2011.**

    Before the Court is Plaintiff's Motion for (1) Limited Expedited Discovery; (2) Expedited Injunction Proceedings; and (3) Request for Expedited Ruling [docket #8]. Pursuant to 28 U.S.C. § 636(b)(1)(A), the matter has been referred to this Court for resolution. Counsel for the parties are directed to appear before the Court for a hearing regarding the above matter on Monday, **March 28, 2011**, at **10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to obtain an alternate date. <u>The plaintiff shall notify all parties who have not entered an appearance of the date and time of the hearing</u>.

    Counsel may appear at this hearing by telephone by first conferencing together, then contacting my Chambers at (303) 844-4507 at the appointed time. Please contact my staff in advance of the hearing to inform the Court whether counsel will appear by telephone.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.