**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00412-WYD-MEH

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACH & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.
_____

**CERTIFICATE OF SERVICE**
_____

    I hereby certify that on March 23, 2011, I electronically filed a **WAIVER OF THE SERVICE OF SUMMONS** (Doc. No. 14), executed by counsel for defendant Clayton, Dubilier & Rice, LLC with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and further certify the foregoing document was served via e-mail on the following counsel, who are not CM/ECF participants:

- 2 -

Phillip A. Geraci  
Jeffrey A. Fuisz  
W. Stewart Wallace  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY  10022  
Telephone:  212/836-8000  
212/836-8689 (fax)  
pageraci@kayescholer.com  
jfuisz@kayescholer.com  
swallace@kayescholer.com  

Gary W. Kubek  
Debevoise & Plimpton LLP  
919 Third Avenue  
New York, NY  10022  
Telephone:  212/909-6000  
212/909-6836 (fax)  
gwkubek@debevoise.com  

Gregory Palm  
Esta Stecher  
Goldman Sachs & Co.  
200 West Street  
New York, NY  10282  
Telephone:  212/902-1000  
Gregory.Palm@gs.com  
Esta.Stecher@gs.com  

Moses Silverman  
Paul, Weiss, Rifkind, Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, NY  10019  
Telephone:  212/373-3000  
212/757-3990 (fax)  
msilverman@paulweiss.com  

Lawrence Portnoy  
Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY  10017  
Telephone:  212/450-4000  
212/701-5800 (fax)  
lawrence.portnoy@davispolk.com  

David B. Wilson  
Meredith A. Johnston  
Holme Roberts & Owen LLP  
1700 Lincoln St., Suite 4100  
Denver, CO  80203  
Telephone:  303/861-7000  
303/866-0200 (fax)  
david.wilson@hro.com  
meredith.johnston@hro.com

| | |
|---|---|
| DATED:  March 23, 2011 | Respectfully submitted, |
| | DYER & BERENS LLP<br>ROBERT J. DYER III<br>JEFFREY A. BERENS |

                                      *s/ ROBERT J. DYER III*
                                        ROBERT J. DYER III

303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)
bob@dyerberens.com
jeff@dyerberens.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
A. RICK R. ATWOOD, JR.
DAVID T. WISSBROECKER
EDWARD M. GERGOSIAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com
egergosian@rgrdlaw.com

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA  19087
Telephone:  484/588-5516
484/450-2582 (fax)
rmaniskas@rmclasslaw.com

Attorneys for Plaintiff