**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00412-WYD-MEH

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated, Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACH & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to D.C.COLO.LCivR 11.1, Timothy R. Macdonald, of Arnold & Porter, LLP, hereby enters his appearance as counsel of record for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated ("BofA Merrill Lynch") in this action.

2

DATED: March 24, 2011                    Respectfully submitted,

                                                           /s/ Timothy R. Macdonald  
Edwin P. Aro  
Timothy R. Macdonald  
Nathan D. Foster  
ARNOLD & PORTER LLP  
370 Seventeenth Street, Suite 4500  
Denver, Colorado 80202-1370  
Telephone: (303) 863-1000  
Facsimile: (303) 832-0428  
Ed.Aro@aporter.com  
Timothy.Macdonald@aporter.com  
Nathan.Foster@aporter.com  

*Counsel for BofA Merrill Lynch*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, I electronically filed and served the foregoing **NOTICE OF ENTRY OF APPEARANCE** via the CM/ECF system to the following:

Jeffrey Allen Berens
Robert J. Dyer, III
Darby K. Kennedy
Dyer & Berens, LLP
303 East 17th Avenue #300
Denver, CO 80203
Telephone: 303/861-1764
Fax: 303/395-0393
jeff@dyerberens.com
bob@dyerberens.com
darby@dyerberens.com

William J. Leone
Marie Elizabeth Williams
Faegre & Benson, LLP - Denver
1700 Lincoln Street
Wells Fargo Center #3200
Denver, CO 80203-4532
Telephone: 303/607-3595
Fax: 303/607-3600
wleone@faegre.com
mwilliams@faegre.com

And further certify that the foregoing document was served via email and U.S. Mail to the following:

Gary W. Kubek
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: 212/909-6000
212/909-6836 (fax)
gwkubek@debevoise.com

Lawrence Portnoy
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 212/450-4000
212/701-5800 (fax)
lawrence.portnoy@davispolk.com

Gregory Palm
Esta Stecher
Goldman Sachs & Co.
200 West Street
New York, NY 10282
Telephone: 212/902-1000
Gregory.Palm@gs.com
Esta.Stecher@gs.com

David B. Wilson
Meredith A. Johnston
Holme Roberts & Owen LLP
1700 Lincoln St., Suite 4100
Denver, CO 80203
Telephone: 303/861-7000
303/866-0200 (fax)
david.wilson@hro.com
meredith.johnston@hro.com

Phillip A. Geraci
Jeffrey A. Fuisz
W. Stewart Wallace
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Telephone: 212/836-8000
212/836-8689 (fax)
pageraci@kayescholer.com
jfuisz@kayescholer.com
swallace@kayescholer.com

George Zimmerman
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Telephone: 212/735-2047
george.zimmerman@skadden.com

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212/373-3000
212/757-3990 (fax)
msilverman@paulweiss.com


Paul Lockwood
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
Telephone: 302/651-3210
paul.lockwood@skadden.com

/s/ Sonia Siewert

4