IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:11-cv-00412-WYD-MEH

MICHAEL WOOTEN, Individually, and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH PIERCE, FENNER & SMITH, INC.,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Meredith A. Johnston of the law firm of Holme Roberts & Owen LLP hereby enters her appearance as counsel for Defendant Clayton, Dubilier & Rice, LLC.

2

Respectfully submitted this 24th day of March, 2011.

              HOLME ROBERTS & OWEN LLP


              *s/Meredith A. Johnston*
              David B. Wilson
              Meredith A. Johnston
              1700 Lincoln Street, Suite 4100
              Denver, Colorado 80203
              Telephone:  (303) 861-7000
              Facsimile:  (303) 866-0200
              david.wilson@hro.com


             ATTORNEYS FOR DEFENDANT
             CLAYTON, DUBILIER & RICE, LLC

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert J. Dyer III, Esq.
Jeffrey A. Berens, Esq.
Dyer & Berens, LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
bob@dyerberens.com
jeff@dyerberens.com
Attorneys for Plaintiff

William J. Leone, Esq.
Marie E. Williams, Esq.
Faegre & Benson LLP
1700 Lincoln, Suite 3200
Denver, CO 80203
WLeone@faegre.com
MWilliams@faegre.com
Attorneys for Defendant Emergency Medical Services Corporation

Edwin P. Aro, Esq.
Timothy R. Macdonald, Esq.
Arnold & Porter LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-1370
EdAro@aporter.com
Timothy.Macdonald@aporter.com
Attorneys for Defendant Merrill Lynch Pierce, Fenner & Smith Incorporated ("BofA Merrill Lynch")

and I hereby certify that I have served the foregoing to the following non CM/ECF participants by email to:

3

4

Randall J. Baron, Esq.
A. Rick R. Atwood, Jr.
David T. Wissbroecker
Edward M. Gergosian
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com
egergosian@rgrdlaw.com
Attorneys for Plaintiff

Richard A. Maniskas, Esq.
Ryan & Maniskas, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
rmaniskas@rmclasslaw.com
Attorneys for Plaintiff

Phillip A. Geraci, Esq.
Jeffrey A. Fuisz, Esq.
W. Stewart Wallace, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
pageraci@kayescholer.com
jfuisz@kayescholer.com
swallace@kayescholer.com
Attorneys for Defendant Emergency
Medical Services Corporation

*s/Meredith A. Johnston* _____
Meredith a. Johnston

4

#1523086 v1 den