IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00412-WYD-MEH

MICHAEL WOOTEN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON, and
LEONARD RIGGS, JR.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2011.**

    Plaintiff's Unopposed Motion to Vacate March 28, 2011 Hearing [filed March 25, 2011; docket #20] is **granted in part and denied in part**. The hearing scheduled for Monday, March 28, 2011, at 10:00 a.m. is **vacated**. The Court will deny Plaintiff's request to hold in abeyance *indefinitely* the Plaintiff's Motion for (1) Limited Expedited Discovery; (2) Expedited Injunction Proceedings; and (3) Request for Expedited Ruling [filed March 18, 2011; docket #8]; rather, the Court will **deny** the motion **without prejudice** allowing leave for the Plaintiff to re-file any request it may have for limited discovery in anticipation of injunction proceedings should the need arise.