IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00412-WYD-MEH

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION;
CLAYTON, DUBILIER & RICE, LLC;
ONEX CORPORATION;
WILLIAM A. SANGER;
ROBERT M. LeBLANC;
STEVEN B. EPSTEIN'
PAUL B. IANNINI;
JAMES T. KELLY;
MICHAEL L. SMITH;
KEVIN E. BENSON; and
LEONARD RIGGS, JR.,

   Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendant Emergency Medical Services Corporation.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:  March 31, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge