

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

April 1, 2011

See Notice of Electronic Filing


Re: Wooten v. Emergency Medical Services Corporation et al
    Civil Action Number: 11-cv-00412-WDM-MEH


Dear Counsel:

Pursuant to Chief Judge Wiley Y. Daniel's direction, please be advised that the above referenced case has been randomly reassigned to Senior Judge Walker D. Miller. All future pleadings should reference the new judge designation in the civil action number as shown above.

Thank you for your cooperation in this matter.


Very truly yours,

GREGORY C. LANGHAM, CLERK


By: s/Sandra Hartmann, Deputy Clerk


(Rev. 07/08)