**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00412-WDM-MEH

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

Defendant Goldman, Sachs & Co., ("Goldman") respectfully moves the Court for an Order extending to and including May 13, 2011, to answer or otherwise respond to the Amended Complaint.

**Certificate of Compliance with D.C.COLO.LCivR. 7.1(A)**

The parties have discussed the relief and extension sought herein and other scheduling matters. Counsel for plaintiff does not object to the relief sought by this Motion.

As grounds for this Motion, defendant states:

1. Plaintiff commenced this action on February 17, 2011.

2. Plaintiff served movant with an Amended Complaint on March 17, 2011. Movant's response to the Amended Complaint is presently due on April 7, 2011.

3. On March 31, 2011, this Court granted defendant Emergency Medical Services Corporation (EMS) an extension to May 13, 2011 to file a response to the Amended Complaint. (Dkt. #27.)

4. This is movant's first request for an extension to respond to the Amended Complaint. The extension is appropriate to allow movant to investigate and prepare its response and to address other aspects of these proceedings.

5. An order granting the relief herein will not unduly delay these proceedings or prejudice any party or the pretrial proceedings. The Court has not yet held a Rule 16 scheduling conference or entered a case scheduling order; by this Motion, Goldman Sachs does not seek to delay such matters.

6. For the reasons stated herein, movant has shown good cause for the requested extension to May 13, 2011.

7. Pursuant to D.C.Colo.LCivR 6.1(E), the Undersigned Counsel is simultaneously serving a copy of this motion on the client representative(s) for Goldman Sachs.

WHEREFORE, movant requests that the Court enter an order granting the relief requested herein.

- 3 -

DATED:  April 1, 2011.                    Respectfully submitted,

*s/ Bruce A. Featherstone*
Bruce A. Featherstone
**FEATHERSTONE PETRIE DESISTO LLP**
600 17th Street, Suite 2400-S
Denver, Colorado  80202-5424
Telephone:  303-626-7100
Facsimile:  303-626-7101
bfeatherstone@featherstonelaw.com

-and-

George Zimmerman
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
Four Times Square
New York, NY  10036
Telephone:  212-735-2047
Facsimile:  917-777-2047
george.zimmerman@skadden.com

*Attorneys for Defendant Goldman, Sachs & Co.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 1, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey A. Berens | jeff@dyerberens.com |
| Robert J. Dyer III | bob@dyerberens.com |
| Darby K. Kennedy | darby@dyerberens.com |
| Marie E. Williams | mwilliams@faegre.com |
| William J. Leone | wleone@faegre.com |
| Edwin P. Aro | ed.aro@aporter.com |
| Timothy Macdonald | timothy.macdonald@aporter.com |
| David B. Wilson | david.wilson@hro.com |
| Meredith A. Johnston | meredith.johnston@hro.com |

And via email upon the client representative:

| | |
|---|---|
| Keith Berger | keith.berger@gs.com |

*s/ Rose Cusack*
Rose Cusack