## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 1:11-cv-00412-WYD-MEH

MICHAEL WOOTEN, Individually and on Behalf of All
Others Similarly Situated,

                v.

PLAINTIFF,

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

DEFENDANTS.

**SUMMONS**

To the above named Defendant(s):

You are hereby summoned and required to serve upon

Jeffrey A. Berens, Esq.

plaintiff's attorney, whose address is:

DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 21 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

(Seal of the Court)

Deputy Clerk

Date: March 11, 2011

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| Jeffrey A. Berens, Esq.<br>Dyer & Berens, LLP<br>303 East 17th Avenue, Suite 300<br>Denver, CO 80203<br>*Telephone No:* 303-861-1764   *FAX No:* 303-395-0393 | |
| *Attorney for:* Plaintiff   *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
In The United States District Court For The District Of Colorado

*Plaintiff:* Michael Wooten, et al.
*Defendant:* Emergency Medical Services Corporation, et al.

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>11CV00412WYDMEH |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Plaintiff's Amended Complaint; Notice of Availability of a US Magistrate Judge to Exercise Jurisdiction; Supplemental Notice of Case Association; Order of Reference to Magistrate Judge; Minute Order Setting Scheduling Conference and Standing Order for any Settlement Conference

3. a. Party served: Merrill Lynch Pierce Fenner & Smith, Inc.
   b. Person served: Amber McSpadden, Person Authorized to Accept Service

4. Address where the party was served: Bank of America
   100 N. Tryon Street
   Charlotte, NC 28255

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 17, 2011 (2) at: 1:45PM

7. Person Who Served Papers:
   a. Michael VanKeuren
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of NORTH CAROLINA that the foregoing is true and correct.

3/28/11         Michael VanKeuren
(Date)          (Signature)

8. STATE OF NORTH CAROLINA, COUNTY OF Forsyth
   Subscribed and sworn to (or affirmed) before me on this 28th day of March, 2011 by Michael VanKeuren proved to me on the basis of satisfactory evidence to be the person who appeared before me.

RACHEL BRYANT
Notary Public, North Carolina
Forsyth County
My Commission Expires
March 04, 2014

AFFIDAVIT OF SERVICE    Rachel Bryant
                        (Notary Signature)

jeber.119551

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Jeffrey A. Berens, Esq. Dyer & Berens, LLP 303 East 17th Avenue, Suite 300 Denver, CO 80203 Telephone No: 303-861-1764    FAX No: 303-395-0393 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
In The United States District Court For The District Of Colorado

Plaintiff: Michael Wooten, et al.
Defendant: Emergency Medical Services Corporation, et al.

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 11CV00412WYDMEH |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Plaintiff's Amended Complaint; Notice of Availability of a US Magistrate Judge to Exercise Jurisdiction; Supplemental Notice of Case Association; Order of Reference to Magistrate Judge; Minute Order Setting Scheduling Conference and Standing Order for any Settlement Conference

3. a. Party served:        Merrill Lynch, Pierce, Fenner & Smith, Inc.
   b. Person served:       Desiree Wells, Vice President / Legal Department

4. Address where the party was served:    4 World Financial Center, #4
                                          250 Vesey Street
                                          New York, NY 10281

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 17, 2011 (2) at: 11:21AM

7. Person Who Served Papers:                    Fee for Service:
   a. Bobby Ali                                  I Declare under penalty of perjury under the laws of the State of
   b. Class Action Research & Litigation         NEW YORK that the foregoing is true and correct.
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955      03-28-11           [Signature]
                                               (Date)             (Signature)

8. STATE OF NEW YORK, COUNTY OF New York
   Subscribed and sworn to (or affirmed) before me on this 28TH day of MARCH, 2011, by Bobby Ali
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

                              AFFIDAVIT OF SERVICE                    (Notary Signature)
                                                                       jeber.119333
                              MICHAEL KEATING
                              Notary Public, State of New York
                              Reg. No. 01-KE-4851559
                              Qualified in New York County
                              Commission Expires February 3, 20 14

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2011, I electronically filed the foregoing **SUMMONS AND AFFIDAVITS OF SERVICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and further certify the foregoing document was served via e-mail on the following counsel, who are not CM/ECF participants:

| | |
|---|---|
| Phillip A. Geraci<br>Jeffrey A. Fuisz<br>W. Stewart Wallace<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022<br>Telephone:  212/836-8000<br>212/836-8689 (fax)<br>pageraci@kayescholer.com<br>jfuisz@kayescholer.com<br>swallace@kayescholer.com<br><br>Gary W. Kubek<br>Lisa Howley<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY  10022<br>Telephone:  212/909-6000<br>212/909-6836 (fax)<br>gwkubek@debevoise.com<br>lhowley@debevoise.com | Lawrence Portnoy<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Telephone:  212/450-4000<br>212/701-5800 (fax)<br>lawrence.portnoy@davispolk.com<br><br>Moses Silverman<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Telephone:  212/373-3000<br>212/757-3990 (fax)<br>msilverman@paulweiss.com<br><br><br>*s/ Jeffrey A. Berens*<br>Jeffrey A. Berens<br>Attorney for Plaintiff<br>DYER & BERENS LLP<br>303 East 17th Avenue, Suite 300<br>Denver, CO  80203<br>Telephone: (303) 861-1764<br>FAX: (303) 395-0393<br>Email: jeff@dyerberens.com |