AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Michael Wooten <br> *Plaintiff* <br> v. <br> Emergency Medical Services Corp., et al. <br> *Defendant* | Civil Action No. 1:11-cv-00412-WYD-MEH |

## WAIVER OF THE SERVICE OF SUMMONS

To: A. Rick Atwood, Jr.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ____04/04/2011____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 4/4/11

*Signature of the attorney or unrepresented party*

William A. Sanger
*Printed name of party waiving service of summons*

Marie E. Williams
*Printed name*

Faegre & Benson LLP
1700 Lincoln Street
Denver, Colorado 80203
*Address*

mwilliams@faegre.com
*E-mail address*

(303) 607-3689
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2011, I electronically filed the foregoing **WAIVER OF THE SERVICE OF SUMMONS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and further certify the foregoing document was served via e-mail on the following counsel, who are not CM/ECF participants:

Phillip A. Geraci
Jeffrey A. Fuisz
W. Stewart Wallace
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
Telephone:  212/836-8000
212/836-8689 (fax)
pageraci@kayescholer.com
jfuisz@kayescholer.com
swallace@kayescholer.com

Gary W. Kubek
Lisa Howley
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
Telephone:  212/909-6000
212/909-6836 (fax)
gwkubek@debevoise.com
lhowley@debevoise.com

Lawrence Portnoy
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017
Telephone:  212/450-4000
212/701-5800 (fax)
lawrence.portnoy@davispolk.com

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019
Telephone:  212/373-3000
212/757-3990 (fax)
msilverman@paulweiss.com


*s/ Darby K. Kennedy*
Darby K. Kennedy
Attorney for Plaintiff
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: darby@dyerberens.com