IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00412-WDM-MEH

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

---

**MOTION JOINING EMS DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR EXPEDITED PROCEEDINGS**

---

On March 30, 2011, Plaintiff filed a Motion for (1) Expedited Injunction Proceedings and (2) Request for Expedited Ruling ("Plaintiff's Motion"). Docket No. 24. On April 20, 2011, Defendants Emergency Medical Services Corporation, et al. (the "EMS Defendants") filed an opposition to Plaintiff's Motion (the "EMSC Response"). Docket No. 49. Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. ("BAML") hereby respectfully joins in the EMSC Response and fully adopts the arguments set forth therein.

As set forth in the EMSC Response, for several independent reasons, Plaintiff's Motion should be denied. First, as described in Section A of the EMSC Response, the filing of the EMS Defendants' motion to dismiss automatically stayed discovery and all other proceedings under the terms of the Private Securities Litigation Reform Act ("PSLRA"), and there is no reason (or even a pending request) to lift that stay to expedite proceedings on Plaintiff's yet-to-be-filed motion for a preliminary injunction.[1] Although Plaintiff sought to evade the PSLRA class action notice and lead plaintiff/lead counsel requirements, by pleading his Section 14(a) claims as individual rather than class claims, for the reasons explained in the EMSC Response, his strategic pleading has not avoided the automatic stay provided by the PSLRA upon the filing of a motion to dismiss.

Second, and as shown in Section B of the EMSC Response, even if the PSLRA did not stay all proceedings, the Court should deny Plaintiff's Motion pending resolution of the EMS Defendants' meritorious motion to dismiss. If the Court grants the motion to dismiss, there will be no need for any further proceedings, much less expedited proceedings. The EMS Defendants' motion to dismiss demonstrates that Plaintiff's Section 14(a) claim fails because Plaintiff cannot allege the essential element of causation necessary to sustain his federal securities law claims and has not challenged a solicitation of votes within the meaning of the 1934 Act. Having failed to state a federal claim, Plaintiff has not established the jurisdiction of this Court to adjudicate Delaware state law claims of breach of fiduciary duties, which, in any event, are duplicative of a consolidated class action proceeding in the Delaware Court of Chancery. Plaintiff will not be

---

[1] In accordance with the Court's Minute Order entered on April 5, 2011 (Docket No. 37), BAML will respond to the Amended Complaint by May 13, 2011. BAML intends to join in the arguments set forth in the EMS Defendants' motion to dismiss as well as to set forth additional grounds supporting dismissal of the claims against BAML.

prejudiced by the Court deciding the motion to dismiss first, as he is fully protected by the proceedings ongoing before the Delaware Court of Chancery, on behalf of a putative class of which Plaintiff is a member.

For the foregoing reasons, BAML joins in the EMS Defendants' Opposition to Plaintiff's Motion for Expedited Injunction Proceedings and Request for Expedited Ruling and respectfully requests that the Court deny Plaintiff's Motion and Request.

Respectfully submitted, this 20th day of April, 2011.

/s/ Edwin P. Aro
Edwin P. Aro
Timothy R. Macdonald
Nathan D. Foster
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428
Ed.Aro@aporter.com
Timothy.Macdonald@aporter.com
Nathan.Foster@aporter.com

*Counsel for Merrill Lynch, Pierce, Fenner & Smith Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2011, I electronically filed and served the foregoing **MOTION JOINING EMS DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR EXPEDITED PROCEEDINGS** via the CM/ECF system to the following:

| | |
|---|---|
| Jeffrey Allen Berens | jeff@dyerberens.com |
| Robert J. Dyer, III | bob@dyerberens.com |
| Darby K. Kennedy | darby@dyerberens.com |
| William J. Leone | wleone@faegre.com |
| Marie Elizabeth Williams | mwilliams@faegre.com |
| David Bruce Wilson | david.wilson@hro.com |
| Meredith A. Johnston | meredith.johnston@hro.com |
| Bruce A. Featherstone | bfeatherstone@featherstonelaw.com |

/s/ Sonia Siewert