IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:11-cv-00412-WDM-MEH

MICHAEL WOOTEN, Individually, and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH PIERCE, FENNER & SMITH, INC.,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

Defendants.

### DEFENDANT CLAYTON, DUBILIER & RICE, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR (1) EXPEDITED INJUNCTION PROCEEDINGS AND (2) REQUEST FOR EXPEDITED RULING

Defendant Clayton, Dubilier & Rice, LLC ("CD&R") opposes the relief requested in

Plaintiff's Motion for (1) Expedited Injunction Proceedings and (2) Request for Expedited

Ruling ("Plaintiff's Motion") for the reasons stated in Emergency Medical Services Corporation

#1527524 v1 den

2

Defendants' Opposition to Plaintiff's Motion.  In lieu of filing a separate brief in opposition, CD&R hereby joins in Emergency Medical Services Corporation Defendants' brief in opposition to Plaintiff's Motion.

Respectfully submitted this 20th day of April, 2011.

HOLME ROBERTS & OWEN LLP

*s/David B. Wilson*
David B. Wilson
Meredith A. Johnston
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone:  (303) 861-7000
Facsimile:  (303) 866-0200
david.wilson@hro.com
meredith.johnston@hro.com

ATTORNEYS FOR DEFENDANT
CLAYTON, DUBILIER & RICE, LLC

Gary W. Kubek
Lisa Howley
Jennifer Cowan
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836
gwkubek@debevoise.com
lhowley@debevoise.com
jrcowan@debevoise.com

ATTORNEYS FOR DEFENDANT
CLAYTON, DUBILIER & RICE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert J. Dyer III, Esq.
Jeffrey A. Berens, Esq.
Darby K. Kennedy, Esq.
Dyer & Berens, LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
bob@dyerberens.com
jeff@dyerberens.com
darby@dyerberens.com
Attorneys for Plaintiff

William J. Leone, Esq.
Marie E. Williams, Esq.
Faegre & Benson LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203
wleone@faegre.com
mwilliams@faegre.com
Attorneys for Defendants Emergency Medical Services Corporation and William A. Sanger, Robert M. Leblanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson and Leonard Riggs, Jr.

Edwin P. Aro, Esq.
Timothy R. Macdonald, Esq.
Arnold & Porter LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-1370
Ed.Aro@aporter.com
Timothy.Macdonald@aporter.com
Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated

Bruce A. Featherstone, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400-S
Denver, CO 80202-5424
bfeatherstone@featherstonelaw.com
Attorneys for Defendant Goldman, Sachs & Co.

and I hereby certify that I have served the foregoing to the following non CM/ECF participants by email to:

3

#1527524 v1 den

4

Randall J. Baron, Esq.
A. Rick R. Atwood, Jr.
David T. Wissbroecker
Edward M. Gergosian
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com
egergosian@rgrdlaw.com
Attorneys for Plaintiff

Richard A. Maniskas, Esq.
Ryan & Maniskas, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
rmaniskas@rmclasslaw.com
Attorneys for Plaintiff

Phillip A. Geraci, Esq.
Jeffrey A. Fuisz, Esq.
W. Stewart Wallace, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
pageraci@kayescholer.com
jfuisz@kayescholer.com
swallace@kayescholer.com
Attorneys for Defendant Emergency Medical Services Corporation

George Zimmerman, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 1036
george.zimmerman@skadden.com
Attorneys for Defendant Goldman, Sachs & Co.

*s/Meredith A. Johnston*
Meredith A. Johnston