## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00412-WDM-MEH

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

vs.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

     Defendants.

---

### OPPOSITION OF GOLDMAN, SACHS & CO. TO PLAINTIFF'S MOTION FOR EXPEDITED INJUNCTION PROCEEDINGS AND DISCOVERY

### AND

### JOINDER TO MEMORANDUM IN OPPOSITION OF EMERGENCY MEDICAL SERVICES DEFENDANTS TO PLAINTIFF'S MOTION

---

Defendant Goldman, Sachs & Co. ("Goldman Sachs") opposes "Plaintiff's Motion

(1) For Expedited Injunction Proceedings And (2) Request For Expedited Ruling", filed

March 30, 2011 (Dkt. #24) ("Plaintiff's Motion for Expedited Proceedings").

In support of its objection, Goldman Sachs hereby joins in the argument

presented in the "Memorandum of Law of the Emergency Medical Services Corporation

Defendants in Opposition to Plaintiff's Motion (1) For Expedited Injunction Proceedings and (2) Requesting Expedited Ruling", filed April 20, 2011 (Dkt. #49) ("EMSC Defendants' Opposition").

As further grounds for its opposition, Goldman Sachs states:

1.      Goldman Sachs was served with the Amended Complaint (Dkt. #6) on March 17, 2011 (Dkt. #32).

2.      On motion, the Court granted Goldman Sachs to and including May 13, 2011, to respond to the Amended Complaint.  (Dkt. #34.)

3.      Goldman Sachs advises the Court that, by its response date, it intends to file a motion to dismiss the claims against it.  Goldman Sachs believes that its motion to dismiss will include the same basic grounds argued by the EMSC Defendants in their motion to dismiss or stay the federal securities claims in the Amended Complaint (Dkt. #46) ("EMSC Motion to Dismiss"), as well as additional grounds unique to Goldman Sachs.  For this additional reason, Goldman Sachs joins that part of the EMSC Defendants' Opposition that argues against Plaintiff's Motion for Expedited Proceedings on the basis of the pending EMSC Motion to Dismiss.  Those same arguments will apply specifically to Goldman Sachs on the filing of its anticipated motion to dismiss, although the stay of discovery for the claims against the EMSC Defendants would be sufficient to stay all discovery in this action in any event.  *In re Dot Hill Sys. Corp. Sec. Litig.*, 594 F.Supp.2d 1150, 1165 (S.D. Cal. 2008) ("*all discovery and other proceedings shall be stayed during the pendency of any* motion to dismiss") (emphasis added and quoting legislative history).

4.      In addition, Goldman Sachs states that it too is a named defendant in the nearly identical lawsuits filed in Delaware, which are described in the EMSC Defendants' Opposition.  Goldman Sachs joins that part of the EMSC Defendants' Opposition that argues against expedited proceedings in this Court by reason of the pendency of the duplicative proceedings in the Delaware court.

Wherefore, Goldman Sachs opposes Plaintiff's Motion for Expedited Proceedings and requests that the Court either stay said motion or deny it.

DATED:  April 20, 2011.                     Respectfully submitted,


                                            s/ Bruce A. Featherstone
                                            Bruce A. Featherstone
                                            **FEATHERSTONE PETRIE DESISTO LLP**
                                            600 17th Street, Suite 2400S
                                            Denver, CO  80202-5424
                                            Telephone:  303-626-7100
                                            Facsimile:  303-626-7101
                                            bfeatherstone@featherstonelaw.com

                                                        -and-

                                            George Zimmerman
                                            **SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
                                            Four Times Square
                                            New York, NY  10036
                                            Telephone:  212-735-2047
                                            Facsimile:  917-777-2047
                                            george.zimmerman@skadden.com

                                            *Attorneys for Defendant Goldman, Sachs & Co.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 20, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey A. Berens | jeff@dyerberens.com |
| Robert J. Dyer III | bob@dyerberens.com |
| Darby K. Kennedy | darby@dyerberens.com |
| Marie E. Williams | mwilliams@faegre.com |
| William J. Leone | wleone@faegre.com |
| Edwin P. Aro | ed.aro@aporter.com |
| Timothy Macdonald | timothy.macdonald@aporter.com |
| David B. Wilson | david.wilson@hro.com |
| Meredith A. Johnston | meredith.johnston@hro.com |

*s/  Rose Cusack*
Rose Cusack