**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00412-WDM-MEH

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN, SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

**JOINT MOTION TO STAY LITIGATION, TO CONTINUE ALL PENDING
DEADLINES, AND TO VACATE SCHEDULING CONFERENCE**

Plaintiff Michael Wooten and Defendants Emergency Medical Services Corporation, Clayton, Dubilier & Rice, LLC, Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Inc., William A. Sanger, Robert M. Leblanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, and Leonard Riggs, Jr., through their respective undersigned counsel, hereby jointly move this Court for entry of an Order staying this litigation pending the resolution of a preliminary injunction motion before the Delaware Court of

Chancery. The parties further move that all pending deadlines be continued and that the Scheduling Conference set for May 10, 2011 at 9:45 a.m. in this matter be vacated, until the stay in this case is lifted and it is determined how to proceed in this case. As grounds in support of this Motion, the parties state as follows[1]:

1. On February 14, 2011, Defendant Emergency Medical Services Corporation ("EMS"), the leading provider of emergency medical services in the United States, and Defendant Clayton, Dubilier & Rice, LLC ("CD&R"), a private equity firm, announced that they had entered into a merger agreement pursuant to which an affiliate of CD&R will become the sole shareholder of EMS (the "Merger"). Following the announcement, several shareholder class actions were filed in this Court, Colorado state court, and the Delaware Court of Chancery, all challenging the terms of the agreement, the process that resulted in the agreement, and the adequacy of the disclosures made in connection with the Merger.

2. This lawsuit was commenced on February 17, 2011. Wooten's counsel also filed a substantially similar case in this Court 11 days later on behalf of the same putative class, *Greenberg v. Emergency Medical Services Corp., et al.*, Case No. 11-cv-00496-PAB-MEH, which is assigned to Judge Philip A. Brimmer, and filed a substantially similar case in Colorado state court, *Halliday v. Emergency Medical Services Corp., et al.*, Case No. 2011-cv-316 (Arapahoe Cty. Dist. Ct. Colo.) (filed Feb. 15, 2011).

3. Most of the complaints challenging the Merger were filed in the Delaware Court of Chancery. EMS is a Delaware corporation, and the breach of fiduciary duty claims are

---

[1] Pursuant to D.C.COLO.LCivR 7.1A, counsel for the parties have conferred on this Motion and the parties jointly seek the relief requested herein.

therefore governed by Delaware law.[2]  The Delaware Court of Chancery has entered an order consolidating the seven actions filed in Delaware and appointing lead plaintiffs and lead counsel. *See* Order of Consolidation, *In re Emergency Medical Services Corporation Shareholder Litigation*, Consolidated C.A. No. 6248-VCS (the "Delaware Action"), attached as Exhibit 1. After entry of the consolidation order, the plaintiffs in the Delaware Action filed a Consolidated Verified Class Action Complaint, attached as Exhibit 2.

4. This case and the *Greenberg* and *Halliday* cases, like the Delaware Action, are brought on behalf of EMS shareholders (other than defendant Onex and related entities) and all of the cases assert claims stemming from the Merger.  The principal relief sought here and in the Delaware Action is also similar – an injunction against consummation of the Merger.

5. On April 21, 2011, the Delaware co-lead plaintiffs filed a motion for a preliminary injunction to enjoin the shareholder meeting.  Counsel for Wooten in this action have been cooperating with the counsel for plaintiffs in the Delaware Action and intend to participate in those injunction proceedings.  Counsel for the parties are coordinating discovery, and the defendants have completed document discovery in advance of the preliminary injunction hearing.  Depositions in the Delaware Action commenced on April 28 and are scheduled to continue through May 6; briefing on the preliminary injunction motion is scheduled to be completed by May 13; and a hearing on the motion is scheduled to be held before Vice

---

[2] *See, e.g., Edgar v. MITE Corp.*, 457 U.S. 624, 645 (1982) (holding that disputes relating to the "internal affairs" of a corporation – including alleged breaches of duties directors owe to the corporation and shareholders – are governed by the law of the state in which the corporation is incorporated); *Oteng v. Golden Star Resources, Ltd.*, 615 F. Supp.2d 1228, 1238-39 (D. Colo. 2009) (same).

Chancellor Leo Strine at 9:30 a.m. on May 16. The EMS shareholder vote on the Merger is scheduled for May 20.

6.  In this case, some of the defendants already have filed motions to dismiss the case in its entirety. *See* Motion to Dismiss and, Alternatively, to Stay and Supporting Brief filed Apr. 8, 2011 (Doc. 46); Motion to Dismiss Plaintiff's Amended Complaint filed April 14, 2011 (Doc. 48). The remaining corporate defendants are currently required to respond to the Amended Complaint on May 13, 2011, and the individual defendants are to respond on June 3, 2011.[3] These defendants anticipate that, when they are required to respond to the Amended Complaint in this case, they will move to dismiss the case in its entirety and expect that such motions would be substantially similar to the Motions to Dismiss already filed.[4] Plaintiff intends to oppose the motions that have been or may be filed.

7.  Given the procedural postures of this case and the Delaware Action, it is highly likely that the preliminary injunction phase of the Delaware Action will be resolved before any significant substantive activity has occurred in this case. Thus, the relief requested herein is warranted under D.C.COLO.LCivR 6.1 and 7.1.

---

[3] *See, e.g.*, Waiver of Service (Mar. 23, 2011) (Doc. 14) (noting that Clayton, Dubilier & Rice, LLC need not respond to the Amended Complaint until May 13, 2011); Minute Order (Mar. 31, 2011) (Doc. 27) (allowing EMS until May 13, 2011 to respond to the Amended Complaint); Minute Order (Apr. 4, 2011) (Doc. 34) (allowing Goldman, Sachs & Co. until May 13, 2011 to respond to the Amended Complaint); Minute Order (Apr. 5, 2011) (Doc. 37) (allowing Merrill Lynch, Pierce, Fenner & Smith Inc. until May 13, 2011 to respond to the Amended Complaint); Waivers of Service (Apr. 4, 2011) (Docs. 38-45) (noting that the individual defendants need not respond to the Amended Complaint until June 3, 2011).

[4] Defendants Goldman, Sachs & Co. and Merrill Lynch, Pierce, Fenner & Smith Inc. intend to join in the existing motions to dismiss as well as raise additional defenses specific to themselves. Similar motions would be filed in the *Greenberg* action absent a stay.

8. Counsel for all of the parties have discussed these matters among themselves, and agree that to avoid unnecessary expense, judicial inefficiency and duplication of proceedings, it would be most efficient to stay this action pending resolution of the preliminary injunction motion in the Delaware Action. (Similar stays are being sought in *Greenberg* and in *Halliday*, the Colorado state court case.) The parties therefore respectfully move that the Court enter such a stay.

9. The parties will notify the Court of the outcome of the preliminary injunction motion in the Delaware Action within 10 days after its resolution, in order to allow the parties and this Court to determine how to proceed in this action.

10. Counsel for the parties agreed to jointly seek this stay on Thursday, April 28, 2011. Accordingly, the parties move that any and all deadlines pending as of April 28 be continued until such time as the stay in this case is lifted and it is determined how to proceed in this case. At this time, a date certain for these deadlines cannot be given under D.C.COLO.LCivR 6.1D, because the exact date on which the preliminary injunction motion in the Delaware Action will be resolved is not currently known. The Court has previously granted one extension of time to respond to the Amended Complaint to defendants EMS (Minute Order dated Mar. 31, 2011, Doc. 27), Goldman, Sachs & Co. (Minute Order dated Apr. 4, 2011, Doc. 34), and Merrill Lynch, Pierce, Fenner & Smith Inc. (Minute Order dated Apr. 5, 2011, Doc. 37).

11. Finally, the parties note that the Court has set a Scheduling Conference in this matter for May 10, 2011, at 9:45 a.m. before Magistrate Judge Michael E. Hegarty (Minute Order dated Feb. 24, 2011, Doc. 4). The parties respectfully move that the Scheduling

Conference be vacated, and that all associated deadlines be vacated, until the stay in this case is lifted and it is determined how to proceed in this case.

12. Pursuant to D.C.COLO.LCivR 6.1E, counsel for the parties certify that a copy of this Motion has been served on each of their respective clients.

WHEREFORE, Plaintiff Michael Wooten and Defendants Emergency Medical Services Corporation, Clayton, Dubilier & Rice, LLC, Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Inc., William A. Sanger, Robert M. Leblanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, and Leonard Riggs, Jr. respectfully move that the Court enter an Order: (1) staying the litigation of this case pending resolution of the preliminary injunction motion in the Delaware Action; (2) requiring the parties to submit a notice to this Court within 10 days after resolution of the preliminary injunction motion in the Delaware Action; (3) continuing all deadlines in effect as of April 28, 2011, until the Court determines how this matter should proceed in light of the resolution of the preliminary injunction motion in the Delaware Action; and (4) vacating the Scheduling Conference scheduled for May 10, 2011, at 9:45 a.m., before Magistrate Judge Michael E. Hegarty, and all corresponding deadlines.

Respectfully submitted this 3rd day of May, 2011.

| s/ Darby K. Kennedy | s/ Marie E. Williams |
|---|---|
| Robert J. Dyer, III | William J. Leone |
| Jeffrey A. Berens | Marie E. Williams |
| Darby K. Kennedy | FAEGRE & BENSON LLP |
| DYER & BERENS, LLP | 1700 Lincoln Street, Suite 3200 |
| 303 E. 17th Avenue, Suite 300 | Denver, Colorado  80203 |
| Denver, Colorado  80203 | Phone: (303) 607-3500 |
| Phone: (303) 861-1764 | Fax: (303) 607-3600 |
| Fax: (303) 395-0393 | Email: WLeone@faegre.com |
| Email: bob@dyerberens.com | MWilliams@faegre.com |
| jeff@dyerberens.com | |
| darby@dyerberens.com | Counsel for Defendants Emergency Medical |

<table>
<tr><td>

Counsel for Plaintiff

</td><td>

Services Corporation, William A. Sanger, Robert M. Leblanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, and Leonard Riggs, Jr.

</td></tr>
<tr><td>

s/ David B. Wilson
David B. Wilson
Meredith A. Johnston
Holme, Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203-4541
Phone: (303) 861-7000
Fax: (303) 866-0200
Email: david.wilson@hro.com
         meredith.johnston@hro.com

Counsel for Defendant Clayton, Dubilier & Rice, LLC

s/ Edwin P. Aro
Edwin P. Aro
Timothy R. Macdonald
Arnold & Porter, LLP
370 17th Street, Suite 4500
Denver, Colorado  80202-1370
Phone: (303) 863-1000
Fax: (303) 832-0428
Email: ed.aro@aporter.com
         timothy_macdonald@aporter.com

Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.

</td><td>

s/ Bruce A. Featherstone
Bruce A. Featherstone
Featherstone Petrie DeSisto, LLP
600 17th Street, Suite 2400 South
Denver, Colorado  80202-5424
Phone: (303) 626-7125
Fax: (303) 626-7101
Email: bfeatherstone@featherstonelaw.com

Counsel for Defendant Goldman, Sachs & Co.

</td></tr>
</table>

7

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2011, I electronically filed the foregoing **JOINT MOTION TO STAY LITIGATION, TO CONTINUE ALL PENDING DEADLINES, AND TO VACATE SCHEDULING CONFERENCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and further certify the foregoing document was served via e-mail on the following counsel, who are not CM/ECF participants:

Phillip A. Geraci
Jeffrey A. Fuisz
W. Stewart Wallace
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
Telephone:  212/836-8000
212/836-8689 (fax)
pageraci@kayescholer.com
jfuisz@kayescholer.com
swallace@kayescholer.com

Gary W. Kubek
Lisa Howley
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
Telephone:  212/909-6000
212/909-6836 (fax)
gwkubek@debevoise.com
lhowley@debevoise.com

Lawrence Portnoy
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017
Telephone:  212/450-4000
212/701-5800 (fax)
lawrence.portnoy@davispolk.com

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019
Telephone:  212/373-3000
212/757-3990 (fax)
msilverman@paulweiss.com

*s/ Darby K. Kennedy*
Darby K. Kennedy
Attorney for Plaintiff
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: darby@dyerberens.com