# EXHIBIT 1



IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| THE CITY OF HALLANDALE BEACH POLICE OFFICERS' AND FIREFIGHTERS' PERSONNEL RETIREMENT TRUST, on behalf of itself and all other similarly situated shareholders of Emergency Medical Services Corporation,<br><br>              Plaintiff,<br><br>              v.<br><br>KEVIN E. BENSON, STEVEN B. EPSTEIN, PAUL B. IANNINI, JAMES T. KELLY, ROBERT M. LEBLANC, WILLIAM A. SANGER, MICHAEL L. SMITH, CDRT ACQUISITION CORPORATION, CLAYTON, DUBILIER & RICE LLC, CDRT MERGER SUB, INC., ONEX CORPORATION, BANK OF AMERICA CORPORATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INC.<br><br>              Defendants. | C.A. No. 6248-VCS |
| CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, and SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS PENSION PLAN, on behalf of themselves and all other similarly situated shareholders of Emergency Medical Services Corporation,<br><br>              Plaintiffs,<br><br>              v.<br><br>KEVIN E. BENSON, STEVEN B. EPSTEIN, PAUL B. IANNINI, JAMES T. KELLY, ROBERT M. LEBLANC, WILLIAM A. SANGER, MICHAEL L. SMITH, CDRT ACQUISITION CORPORATION, CLAYTON, DUBILIER & RICE LLC, CDRT MERGER SUB, INC., ONEX CORPORATION, BANK OF AMERICA CORPORATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INC.<br><br>              Defendants. | C.A. No. 6230-VCS |

| | |
|---|---|
| LARRY PIERI, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>EMERGENCY MEDICAL SERVICES CORPORATION, WILLIAM A. SANGER, ROBERT M. LE BLANC, STEVEN B. EPSTEIN, DR. PAUL B. IANNI, JAMES T. KELLY, MICHAEL L. SMITH, DR. LEONARD RIGGS, JR., CLAYTON DUBILIER & RICE, LLC, CDRT ACQUISITION CORPORATION and CDRT MERGER SUB, INC.,<br><br>        Defendants. | C.A. No. 6205-VCS |
| UNITED WIRE METAL AND MACHINE PENSION FUND, on behalf of itself and all other similarly situated shareholders of Emergency Medical Services Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>WILLIAM A. SANGER, KEVIN E. BENSON, JAMES T. KELLY, MICHAEL L. SMITH, STEVEN B. EPSTEIN, PAUL B. IANNINI, ROBERT M. LE BLANC, LEONARD RIGGS, JR., EMERGENCY MEDICAL SERVICES CORPORATION, ONEX CORPORATION and CLAYTON, DUBILIER & RICE LLC,<br><br>        Defendants. | C.A. No. 6210-VCS |

| | |
|---|---|
| CITY OF TAMARAC FIREFIGHTER PENSION TRUST FUND, on behalf of itself and all other similarly situated shareholders of Emergency Medical Services Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>KEVIN E. BENSON, STEVEN B. EPSTEIN, PAUL B. IANNINI, JAMES T. KELLY, ROBERT M. LEBLANC, WILLIAM A. SANGER, MICHAEL L. SMITH, CDRT ACQUISITION CORPORATION, CLAYTON, DUBILIER & RICE LLC, CDRT MERGER SUB, INC., ONEX CORPORATION, BANK OF AMERICA CORPORATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INC.<br><br>        Defendants. | C.A. No. 6258-VCS |
| BRISTOL COUNTY RETIREMENT SYSTEM, on behalf of itself and all other similarly situated shareholders of Emergency Medical Services Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>WILLIAM A. SANGER, KEVIN E. BENSON, JAMES T. KELLY, MICHAEL L. SMITH, STEVEN B. EPSTEIN, PAUL B. IANNINI, ROBERT M. LE BLANC, LEONARD RIGGS, JR., EMERGENCY MEDICAL SERVICES CORPORATION, ONEX CORPORATION, CLAYTON, DUBILIER & RICE LLC, CDRT ACQUISITION CORPORATION, and CDRT MERGER SUB, INC.<br><br>        Defendants. | C.A. No. 6274-VCS |

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, on behalf of itself and all other similarly situated shareholders of Emergency Medical Services Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN E. BENSON, STEVEN B. EPSTEIN, PAUL B. IANNINI, JAMES T. KELLY, ROBERT M. LEBLANC, WILLIAM A. SANGER, MICHAEL L. SMITH, CDRT ACQUISITION CORPORATION, CLAYTON, DUBILIER & RICE LLC, CDRT MERGER SUB, INC., ONEX CORPORATION, BANK OF AMERICA CORPORATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INC.<br><br>Defendants. | C.A. No. 6275-VCS |

## STIPULATION AND [PROPOSED] ORDER OF CONSOLIDATION AND APPOINTMENT OF CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL

WHEREAS, the action *Larry Pieri v. EMS, et al.,* C.A. No. 6205-VCS was filed on February 22, 2011; and the action *United Wire Metal & Machine Pension Fund v. Sanger, et al.,* C.A. No. 6210-VCS was filed on February 23, 2011; and the action *Cleveland Bakers and Teamsters Pension Fund, et al. v. Benson, et al.,* C.A. No. 6230-VCS was filed on February 28, 2011; and the action *City of Hallandale Beach Police Officers & Firefighters Personnel Retirement Trust v. Benson, et al.,* C.A. No. 6248-VCS was filed on March 4, 2011; and the action *City of Tamarac Firefighter Pension Trust Fund v. Benson, et al.* C.A. No. 6258-VCS was filed on March 10, 2011; and the action *Bristol County Retirement System v. Sanger, et al.,* C.A. 6274-VCS was filed on March

4

14, 2011; and the action *Central Laborers' Pension Fund v. Benson, et al.,* C.A. No. 6275-VCS was filed on March 14, 2011;

WHEREAS, it appears that the above-captioned actions involve related claims based upon the same or similar facts;

WHEREAS, on March 8, 2011, The City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust ("Hallandale Fund"), Cleveland Bakers and Teamsters Pension Fund (the "Teamsters Fund"), and Southwest Ohio Regional Council of Carpenters Pension Plan (the "Carpenters Fund") (collectively, the "Institutional Investor Group") moved for consolidation and appointment of co-lead plaintiffs and co-lead counsel;

WHEREAS, the City of Tamarac Firefighter Pension Trust Fund ("Tamarac"), as shareholders of EMS, now wish to join the Institutional Investor Group;

WHEREAS, the Institutional Investor Group and Plaintiffs United Wire Metal and Machine Pension Fund ("United Wire"), Bristol County Retirement System ("Bristol") and Larry Pieri ("Pieri"), have further consulted and determined to stipulate to consolidation and to the appointment of co-lead plaintiffs and co-lead counsel as set forth below; and

WHEREAS, the administration of justice would be best served by consolidating the above-captioned actions.

NOW THEREFORE, it is hereby stipulated and agreed by the undersigned counsel, subject to the approval of the Court, this \_\_\_\_ day of _____, 2011, as follows:

1. The above captioned actions shall be consolidated for all purposes.

2. Hereafter, papers need only be filed in Civil Action No. 6248-VCS.

3. The caption of the consolidated action shall be as follows:

| | |
|---|---|
| In re EMERGENCY MEDICAL SERVICES CORPORATION SHAREHOLDER LITIGATION | : Consolidated C.A. No. 6248-VCS : : |

4. The Institutional Investor Group and United Wire are hereby appointed Co-Lead Plaintiffs in the consolidated action.

5. The law firms of Bernstein Litowitz Berger & Grossmann LLP, Grant & Eisenhofer P.A., and Labaton Sucharow LLP are hereby appointed as co-lead counsel for Plaintiffs in the consolidated action.

6. The law firms of Saxena White P.A., Shepherd Finkelman Miller & Shah LLP, Spector Roseman Kodroff & Willis, P.C. and Brodsky & Smith, LLC are hereby appointed as members of Plaintiffs' Executive Committee.

7. All documents previously served and filed in any of the cases consolidated herein are deemed a part of the record in the consolidated action. Co-lead counsel for Plaintiffs in the consolidated action shall, within 5 days of this Order, designate which complaint in the above-captioned actions shall be the operative complaint for the consolidated action. The Defendants' obligation to respond to the complaints heretofore filed in any of the cases consolidated herein is suspended until such time as co-lead counsel for Plaintiffs designates an operative complaint.

8. Plaintiffs' Co-Lead Counsel will set policy for Plaintiffs for the prosecution of this litigation, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of Plaintiffs the litigation and conduct of discovery proceedings, and provide supervision and coordination of the activities of Plaintiffs' counsel.

9. Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court, as well as for communications to and from this Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any Plaintiffs except through Co-Lead Counsel. Co-Lead Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

10. If any further actions arising out of substantially the same facts as the consolidated action are filed in this Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the Court the filing or transfer of any case which might properly be consolidated as part of the consolidated action, and counsel are to assist in ensuring that counsel in subsequent actions receive notice of this Order.

Dated: March 21, 2011

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
Mark Lebovitch
Amy Miller
Jeremy Friedman
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444


*Co-Counsel for Plaintiffs The City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust, Cleveland Bakers and Teamsters Pension Fund, Southwest Ohio Regional Council of Carpenters Pension Plan and City of Tamarac Firefighter Pension Trust Fund*

SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
Robert M. Roseman
Andrew Abramowitz
Daniel J. Mirarchi
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300

1101 Pennsylvania Avenue, N.W.,
Suite 600 Washington, D.C. 20004
Telephone: 202-756-3600

*Counsel for Central Laborers' Pension Fund*

/s/ Michael J. Barry_____
GRANT & EISENHOFER P.A.
Stuart M. Grant (Del. I.D. #2526)
Michael J. Barry (Del. I.D. #4368)
Ralph Sianni (Del. I.D. #4151)
Christine M. Mackintosh (Del. I.D. #5085)
Kyle McGee (Del. I.D. #5558)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-2599
Tel.: 302-622-7000
Fax: 302-622-7100

*Co-Counsel for Plaintiffs The City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust, Cleveland Bakers and Teamsters Pension Fund, Southwest Ohio Regional Council of Carpenters Pension Plan, and City of Tamarac Firefighter Pension Trust Fund*

*Counsel for Central Laborers' Pension Fund*

SHEPHERD FINKELMAN,
MILLER & SHAH LLP
Scott R. Shepherd
Jayne A. Goldstein
1640 Town Center Circle
Suite 216
Weston, FL 33327
Tel: (954) 515-0123
Fax: (954) 515-0124

*Of Counsel for Plaintiff City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust*

SAXENA WHITE P.A.
Joseph E. White III
2424 North Federal Highway
Boca Raton, FL 33431
Telephone: 561-394-3399
Fax: 561-394-3382

*Of Counsel*

| | |
|---|---|
| Dated: March 21, 2011 | */s/ Christine S. Azar*_____ |
| | Christine S. Azar (DE Bar #4170) |
| LABATON SUCHAROW LLP | LABATON SUCHAROW LLP |
| Jonathan Gardner | One Commerce Center |
| Matthew C. Moehlman | 1201 N. Orange St., Suite 801 |
| Rachel A. Avan | Wilmington, Delaware 19801 |
| 140 Broadway | Telephone: (3402) 573-2530 |
| New York, New York 10005 | Facsimile: (302) 573-2529 |
| Telephone: 212-907-0700 | |
| Facsimile: 212-818-0477 | *Counsel for Plaintiffs Bristol County Retirement System and United Wire Metal and Machine Pension Fund* |
| *Counsel for Plaintiffs Bristol County Retirement System and United Wire Metal and Machine Pension Fund* | |

Dated: March 21, 2011                    */s/ Carmella P. Keener*
                                         Carmella P. Keener (Del. Bar No. 2810)
BRODSKY & SMITH, LLC                     ROSENTHAL, MONHAIT
Jason L. Brodsky                         & GODDESS, P.A.
Marc L. Ackerman                         919 N. Market Street, Suite 1401
Two Bala Plaza, Suite 602                P.O. Box 1070
Bala Cynwyd, PA 19004                    Wilmington, DE 19899
610-667-6200                             302-656-4433

*Of Counsel for Plaintiff Pieri*         *Counsel for Plaintiff Pieri*

## ORDER

Based on the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: _____     _____

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Multi-case |
| **File & Serve Transaction ID:** | 36576883 |
| **Current Date:** | Mar 21, 2011 |
| **Case Number:** | Multi-case |
| **Case Name:** | Multi-case |
| **Court Authorizer:** | Leo E Strine |

/s/ Judge Leo E Strine