**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00412-WDM-MEH

MICHAEL WOOTEN, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORP.;
CLAYTON, DUBILIER & RICE, LLC;
GOLDMAN, SACHS & CO.;
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.;
ONEX CORPORATION;
WILLIAM A. SANGER;
ROBERT M. LEBLANC;
STEVEN B. EPSTEIN;
PAUL B. IANNINI;
JAMES T. KELLY;
MICHAEL L. SMITH;
KEVIN E. BENSON; and
LEONARD RIGGS, JR.;

      Defendants.

---

**DEFENDANT ONEX CORPORATION'S DISCLOSURE STATEMENT**

---

      Defendant Onex Corporation ("Onex"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1(a) and D.C.COLO.CivR 7.4(A), makes the following disclosure statement:

      Onex has no parent corporation.

      The following publicly held companies own 10 percent or more of Onex's stock:

**None**

Respectfully submitted this 13th day of May, 2011.

s/   Mark A. Wielga_____
  Mark A. Wielga
  TEMKIN WIELGA & HARDT LLP
  1900 Wazee St., Suite 303
  Denver, CO  80202
  *Wielga@twhlaw.com*

  *Attorneys for Defendant Onex Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2011, I electronically filed the foregoing DEFENDANT ONEX CORPORATION'S DISCLOSURE STATEMENT with the Clerk using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Darby K. Kennedy
Jeffrey Allen Berens
Robert J. Dyer , III
Dyer & Berens, LLP
303 East 17th Ave. #300
Denver, CO  80203
darby@dyerberens.com
jeff@dyerberens.com
bob@dyerberens.com
*Counsel for Plaintiff*

Marie Elizabeth Williams
William J. Leone
Faegre & Benson, LLP-Denver
1700 Lincoln Street
Wells Fargo Center, #3200
Denver, CO  80203-4532
mwilliams@faegre.com
wleone@faegre.com
*Counsel for Defendants Emergency Medical Services Corp., William A. Sanger, Robert M. LeBlanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, Leonard Riggs, Jr.*

David Bruce Wilson
Meredith A. Johnston
Holme Roberts & Owen, LLP
1700 Lincoln St., #4100
Denver, CO  80203-4541
david.wilson@hro.com
meredith.johnston@hro.com
*Counsel for Defendant Clayton Dubilier & Rice LLC*

Bruce A. Featherstone
Featherstone Petrie DeSisto, LLP
600 17th St., #2400 South
Denver, CO  80202-5424
bfeatherstone@featherstonelaw.com
*Counsel for Defendant Goldman, Sachs & Co.*

Edwin Packard Aro
Timothy Robert Macdonald
Arnold & Porter LLP-Denver
370 Seventeenth St., #4500
Denver, CO 80202-1370
ed.aro@aporter.com
timothy_macdonald@aporter.com
*Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.*

**VIA MAIL:**
Defendant Onex Corporation
P.O. Box 700
Toronto Ontario, Canada M5J 2S1

s/   Mark A. Wielga_____
Mark A. Wielga
TEMKIN WIELGA & HARDT LLP
*Wielga@twhlaw.com*

*Attorneys for Defendant Onex Corporation*