IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00412-WDM-MEH

MICHAEL WOOTEN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON, and
LEONARD RIGGS, JR.,
GOLDMAN SACHS & CO., and
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 31, 2011.**

The Unopposed Motion to Withdraw filed by Meredith A. Johnston [filed May 25, 2011; docket #60] is **granted**. Ms. Johnston's representation of Defendant Clayton, Dubilier & Rice, LLC is hereby terminated. Defendant will continue to be represented by David Wilson of Holme Roberts & Owen LLP.

The Joint Motion to Extend the Stay [filed May 27, 2011; docket #62] is **granted**. For good cause shown, the Court extends the temporary stay imposed on May 9, 2011 (docket #55) to **June 30, 2011**. On or before **June 30, 2011**, the parties shall file a joint status report regarding the potential resolution of this matter, or alternately, what scheduling is needed.