IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00412-WDM-MEH

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR CONSOLIDATION

THIS MATTER comes before the Court on the Parties' Joint Motion for Consolidation. Having reviewed the Motion, and finding good cause, the Court ORDERS as follows:

1.     The Motion is GRANTED.

2.     The proceedings in *Greenberg v. Emergency Medical Services Corporation, et al.*, Civil Action No. 1:11-cv-00496-PAB-MEH are consolidated for all purposes with this action. Filings in the consolidated cases shall be made under Civil Action No. 1:11-cv-00412-WDM-MEH.

DONE this 19th day of July, 2011.

BY THE COURT:

Walker D. Miller
Senior United States District Judge