IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00412-WDM-MEH

MICHAEL WOOTEN, individually and on behalf of all others similarly situated,

 Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON, and
LEONARD RIGGS, JR.,

 Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 28, 2011.**

 The Unopposed Motion to Withdraw as Counsel by Marie E. Williams [filed July 27, 2011; docket #79] is **granted**. Ms. Williams' representation of Defendants Emergency Medical Services Corporation, William A. Sanger, Robert M. LeBlanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson and Leonard Riggs, Jr. ("EMS Defendants") is hereby terminated. The EMS Defendants will continue to be represented by William J. Leone of Fulbright & Jaworski LLP.