**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Lead Civil Action No. 1:11-cv-00412-CMA-MEH
(Consolidated for All Purposes with Civil Action No. 1:11-cv-00496-CMA-MEH)

MICHAEL WOOTEN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORP.;
CLAYTON, DUBILIER & RICE, LLC;
GOLDMAN, SACHS & CO.;
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.;
ONEX CORPORATION;
WILLIAM A. SANGER;
ROBERT M. LEBLANC;
STEVEN B. EPSTEIN;
PAUL B. IANNINI;
JAMES T. KELLY;
MICHAEL L. SMITH;
KEVIN E. BENSON; and
LEONARD RIGGS, JR.;

    Defendants.

---

## ENTRY OF APPEARANCE
---

PLEASE TAKE NOTICE that Jacob Licht, of the law firm Temkin Wielga & Hardt LLP, hereby enters his appearance as co-counsel for Defendant Onex Corporation. All pleadings, notices, correspondence, and other matters in this action should be directed to Mr. Licht at the address indicated below.

Respectfully submitted this 15th day of August, 2011.

                                                       s/  Jacob Licht
                                                       Jacob Licht
                                                       TEMKIN WIELGA & HARDT LLP
                                                       1900 Wazee St., Suite 303
                                                       Denver, CO  80202
                                                       Licht@twhlaw.com

                                                       *Attorneys for Defendant Onex Corporation*

## Certificate of Service

I hereby certify that on this 15th day of August, 2011, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Darby K. Kennedy<br>Jeffrey Allen Berens<br>Robert J. Dyer , III<br>Dyer & Berens, LLP<br>303 East 17th Ave. #300<br>Denver, CO  80203<br>darby@dyerberens.com<br>jeff@dyerberens.com<br>bob@dyerberens.com<br>*Counsel for Plaintiff* | Randall J. Baron<br>A. Rick R. Atwood, Jr.<br>David T. Wissbroecker<br>Edward M. Gergosian<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>randyb@rgrdlaw.com<br>ricka@rgrdlaw.com<br>dwissbroecker@rgrdlaw.com<br>egergosian@rgrdlaw.com<br>*Counsel for Plaintiff* |
| Richard A. Maniskas<br>Ryan & Maniskas LLP<br>95 Old Eagle School Road, Suite 311<br>Wayne, PA  19087<br>rmaniskas@rmclasslaw.com<br>*Counsel for Plaintiff* | Bruce A. Featherstone<br>Featherstone Petrie DeSisto, LLP<br>600 17th St., #2400 South<br>Denver, CO  80202-5424<br>bfeatherstone@featherstonelaw.com<br>*Counsel for Defendant Goldman, Sachs & Co.* |
| William J. Leone, Esq.<br>Fulbright & Jaworski LLP<br>Republic Plaza<br>370 17th Street, Suite 2150<br>Denver, CO  80202-5638<br>wleone@fulbirght.com<br>*Counsel for Defendants Emergency Medical Services Corp., William A. Sanger, Robert M. LeBlanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, Leonard Riggs, Jr.* | Phillip A. Geraci<br>W. Stewart Wallace<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022<br>pageraci@kayesholer.com<br>swallace@kayesholer.com<br>*Counsel for Defendants Emergency Medical Services Corp., William A. Sanger, Robert M. LeBlanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, Leonard Riggs, Jr.* |

3

| | |
|---|---|
| David Bruce Wilson<br>Holme Roberts & Owen, LLP<br>1700 Lincoln St., #4100<br>Denver, CO  80203-4541<br>david.wilson@hro.com<br>*Counsel for Defendant Clayton Dubilier & Rice LLC* | Gary W. Kubek<br>Jennifer R. Cowan<br>Andrew C. Adams<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY  10022<br>gwkubek@debevoise.com<br>jrcowan@debevoise.com<br>acadams@debevoise.com<br>*Counsel for Defendant Clayton Dubilier & Rice LLC* |
| David W. Brown<br>Moses Silverman<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>*Co-Counsel for Defendant Onex Corporation* | s/   Jacob Licht_____<br>  Jacob Licht<br>  TEMKIN WIELGA & HARDT LLP<br>  Licht@twhlaw.com<br><br>*Attorneys for Defendant Onex Corporation* |

3