**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Lead Civil Action No. 1:11-cv-00412-CMA-MEH
(Consolidated for All Purposes with Civil Action No. 1:11-cv-00496-CMA-MEH)

MICHAEL WOOTEN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORP.;
CLAYTON, DUBILIER & RICE, LLC;
GOLDMAN, SACHS & CO.;
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.;
ONEX CORPORATION;
WILLIAM A. SANGER;
ROBERT M. LEBLANC;
STEVEN B. EPSTEIN;
PAUL B. IANNINI;
JAMES T. KELLY;
MICHAEL L. SMITH;
KEVIN E. BENSON; and
LEONARD RIGGS, JR.;

    Defendants.

---

## ENTRY OF APPEARANCE
---

PLEASE TAKE NOTICE that David W. Brown, of the law firm Paul Weiss Rifkind Wharton & Garrison LLP, hereby enters his appearance as co-counsel for Defendant Onex Corporation. All pleadings, notices, correspondence, and other matters in this action should be directed to Mr. Brown at the address indicated below.

Respectfully submitted this 15th day of August, 2011.

                                  s/   David W. Brown
                                  David W. Brown
                                  Paul Weiss Rifkind Wharton & Garrison LLP
                                  1285 Avenue of the Americas
                                  New York, NY  10019-6064
                                  dbrown@paulweiss.com

                                  *Attorneys for Defendant Onex Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2011, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Darby K. Kennedy<br>Jeffrey Allen Berens<br>Robert J. Dyer , III<br>Dyer & Berens, LLP<br>303 East 17th Ave. #300<br>Denver, CO  80203<br>darby@dyerberens.com<br>jeff@dyerberens.com<br>bob@dyerberens.com<br>*Counsel for Plaintiff* | Randall J. Baron<br>A. Rick R. Atwood, Jr.<br>David T. Wissbroecker<br>Edward M. Gergosian<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>randyb@rgrdlaw.com<br>ricka@rgrdlaw.com<br>dwissbroecker@rgrdlaw.com<br>egergosian@rgrdlaw.com<br>*Counsel for Plaintiff* |
| Richard A. Maniskas<br>Ryan & Maniskas LLP<br>95 Old Eagle School Road, Suite 311<br>Wayne, PA  19087<br>rmaniskas@rmclasslaw.com<br>*Counsel for Plaintiff* | Bruce A. Featherstone<br>Featherstone Petrie DeSisto, LLP<br>600 17th St., #2400 South<br>Denver, CO  80202-5424<br>bfeatherstone@featherstonelaw.com<br>*Counsel for Defendant Goldman, Sachs & Co.* |
| William J. Leone, Esq.<br>Fulbright & Jaworski LLP<br>Republic Plaza<br>370 17th Street, Suite 2150<br>Denver, CO  80202-5638<br>wleone@fulbirght.com<br>*Counsel for Defendants Emergency Medical Services Corp., William A. Sanger, Robert M. LeBlanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, Leonard Riggs, Jr.* | Phillip A. Geraci<br>W. Stewart Wallace<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022<br>pageraci@kayesholer.com<br>swallace@kayesholer.com<br>*Counsel for Defendants Emergency Medical Services Corp., William A. Sanger, Robert M. LeBlanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, Leonard Riggs, Jr.* |

David Bruce Wilson
Holme Roberts & Owen, LLP
1700 Lincoln St., #4100
Denver, CO  80203-4541
david.wilson@hro.com
*Counsel for Defendant Clayton Dubilier & Rice LLC*

Gary W. Kubek
Jennifer R. Cowan
Andrew C. Adams
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
gwkubek@debevoise.com
jrcowan@debevoise.com
acadams@debevoise.com
*Counsel for Defendant Clayton Dubilier & Rice LLC*

Mark A. Wielga
Jacob Licht
Temkin Wielga & Hardt
1900 Wazee St., #303
Denver, CO  80202
*Co-Counsel for Defendant Onex Corporation*

s/  David W. Brown
　David W. Brown
　Paul Weiss Rifkind Wharton & Garrison LLP
　dbrown@paulweiss.com

*Attorneys for Defendant Onex Corporation*