IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   11-cv-00412-CMA-MEH | Date:   August 23, 2011 |
| (Consolidated with 11-cv-00496-CMA-MEH) | |
| Courtroom Deputy:   Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| MICHAEL WOOTEN and | Darby Kennedy |
| NEAL GREENBERG, | Rick Atwood, Jr. (by phone) |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| EMERGENCY MEDICAL SERVICES CORPORATION, | Phillip Geraci (by phone) |
| | William Leone |
| CLAYTON, DUBILIER & RICE, LLC, | David Wilson |
| | Gary Kubek |
| ONEX CORPORATION, | Jacob Licht |
| | Mark Wielga |
| | Meghan Dougherty (by phone) |
| | |
| WILLIAM A. SANGER, | |
| ROBERT M. LEBLANC, | |
| STEVEN B. EPSTEIN, | |
| PAUL B. IANNINI, | |
| JAMES T. KELLY, | |
| MICHAEL L. SMITH, | |
| KEVIN E. BENSON, | |
| LEONARD RIGGS, JR., and | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | |
| | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC SCHEDULING/STATUS CONFERENCE**

**Court in session:      9:24 a.m.**

Court calls case.  Appearances of counsel.

Discussion regarding the status of the case and setting deadlines for the filing of a second Amended Complaint and motions to dismiss.  The Court will set those deadlines by separate

order.

**ORDERED:** A Telephonic Status Conference is set for **January 30, 2012, at 9:15 a.m. Mountain Time.**  Out-of-state counsel may appear at that hearing by telephone. Counsel are directed to first conference together and then contact this Court's chambers at (303)844-4507 at the designated time.

**Court in recess:**     **9:29 a.m.**        **(Hearing concluded)**
**Total time in Court:** 0:05