**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Lead Civil Action No. 1:11-cv-00412-CMA-MEH
(Consolidated for All Purposes with Civil Action No. 1:11-cv-00496-CMA-MEH)

MICHAEL WOOTEN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORP.;
CLAYTON, DUBILIER & RICE, LLC;
GOLDMAN, SACHS & CO.;
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.;
ONEX CORPORATION;
WILLIAM A. SANGER;
ROBERT M. LEBLANC;
STEVEN B. EPSTEIN;
PAUL B. IANNINI;
JAMES T. KELLY;
MICHAEL L. SMITH;
KEVIN E. BENSON; and
LEONARD RIGGS, JR.;

    Defendants.

---

## ENTRY OF APPEARANCE
---

    PLEASE TAKE NOTICE that Meghan M. Dougherty, of the law firm Paul Weiss Rifkind Wharton & Garrison LLP, hereby enters her appearance as co-counsel for Defendant Onex Corporation. All pleadings, notices, correspondence, and other matters in this action should be directed to Ms. Dougherty at the address indicated below.

Respectfully submitted this 23rd day of August, 2011.

          s/ Meghan M. Dougherty
          Meghan M. Dougherty
          Paul Weiss Rifkind Wharton & Garrison LLP
          500 Delaware Ave., Suite 200
          P.O. Box 32
          Wilmington, DE  19899-0032
          mdougherty@paulweiss.com

*Attorneys for Defendant Onex Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2011, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Darby K. Kennedy
Jeffrey Allen Berens
Robert J. Dyer, III
Dyer & Berens, LLP
303 East 17th Ave. #300
Denver, CO  80203
darby@dyerberens.com
jeff@dyerberens.com
bob@dyerberens.com
*Counsel for Plaintiff*

Randall J. Baron
A. Rick R. Atwood, Jr.
David T. Wissbroecker
Edward M. Gergosian
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com
egergosian@rgrdlaw.com
*Counsel for Plaintiff*

Richard A. Maniskas
Ryan & Maniskas LLP
95 Old Eagle School Road, Suite 311
Wayne, PA  19087
rmaniskas@rmclasslaw.com
*Counsel for Plaintiff*

David W. Brown
Moses Silverman
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
*Co-Counsel for Defendant Onex Corporation*

William J. Leone, Esq.
Fulbright & Jaworski LLP
Republic Plaza
370 17th Street, Suite 2150
Denver, CO  80202-5638
wleone@fulbirght.com
*Counsel for Defendants Emergency Medical Services Corp., William A. Sanger, Robert M. LeBlanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, Leonard Riggs, Jr.*

Phillip A. Geraci
W. Stewart Wallace
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
pageraci@kayesholer.com
swallace@kayesholer.com
*Counsel for Defendants Emergency Medical Services Corp., William A. Sanger, Robert M. LeBlanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, Leonard Riggs, Jr.*

2

David Bruce Wilson
Holme Roberts & Owen, LLP
1700 Lincoln St., #4100
Denver, CO  80203-4541
david.wilson@hro.com
*Counsel for Defendant Clayton Dubilier & Rice LLC*

Gary W. Kubek
Jennifer R. Cowan
Andrew C. Adams
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
gwkubek@debevoise.com
jrcowan@debevoise.com
acadams@debevoise.com
*Counsel for Defendant Clayton Dubilier & Rice LLC*

Mark A. Wielga
Jacob Licht
Temkin Wielga & Hardt
1900 Wazee St., #303
Denver, CO  80202
*Co-Counsel for Defendant Onex Corporation*

s/   Meghan M. Dougherty_____
  Meghan M. Dougherty
  Paul Weiss Rifkind Wharton & Garrison LLP
  mdougherty@paulweiss.com

*Attorneys for Defendant Onex Corporation*