IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00412-CMA-MEH

MICHAEL WOOTEN, individually and on behalf of all others similarly situated, and
NEAL GREENBERG, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON,
LEONARD RIGGS, JR., and
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2011.**

    This matter comes before the Court *sua sponte*. In accordance with discussions had with the parties during the Scheduling Conference on August 23, 2011, the Plaintiffs shall file any Second Amended Complaint in this matter on or before September 19, 2011. Defendants shall file an answer or other response to the Second Amended Complaint, if filed, on or before October 21, 2011. If any of the Defendants move to dismiss the Second Amended Complaint, the Plaintiffs shall file a response to the motion(s) on or before November 21, 2011, and any moving Defendant may file a reply in support of the motion on or before December 14, 2011.

    In the event that the motion(s) to dismiss are denied, the Plaintiffs shall file a motion for class certification within thirty (30) days of the order denying the motion to dismiss. Defendants shall file a response to the motion for class certification within sixty (60) days after the motion is served, and the Plaintiffs may file a reply in support of the motion within twenty-one (21) days after the response is served.