IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00412-CMA-MEH

MICHAEL WOOTEN, individually and on behalf of all others similarly situated, and
NEAL GREENBERG, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON,
LEONARD RIGGS, JR., and
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 20, 2011.**

    Plaintiffs' Unopposed Motion for Extension of Time to File Second Amended Complaint [filed September 19, 2011; docket #95] is **granted**. Plaintiffs shall file any Second Amended Complaint in this matter on or before September 26, 2011.