**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Lead Civil Action No. 1:11-cv-00412-CMA-MEH
(Consolidated for All Purposes with Civil Action No. 1:11-cv-00496-CMA-MEH)

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

_____

**NOTICE OF SETTLEMENT**
_____

Plaintiffs Michael Wooten and Neal Greenberg ("Plaintiffs") and Defendants Emergency Medical Services Corporation, Clayton, Dubilier & Rice, LLC, Onex Corporation, William A. Sanger, Robert M. LeBlanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, and Leonard Riggs, Jr. ("Defendants"), through their respective undersigned counsel, hereby jointly notify this Court in accordance with D.C.COLO.LCivR 40.2C that the parties have reached a settlement-in-principle and have executed a memorandum of understanding ("MOU"). The MOU provides, among other things, that the parties will agree to a formal stipulation of settlement (which will have

as exhibits the proposed notice to be mailed to the class members, the proposed order granting preliminary approval and setting a date for the settlement hearing, and the proposed final order and judgment) within sixty (60) days.

Accordingly, the parties currently anticipate that they will complete the foregoing and that Plaintiffs will move the Court for preliminary approval of the settlement no later than November 28, 2011.

DATED:  September 27, 2011

s/ Darby K. Kennedy
Robert J. Dyer III
Jeffrey A. Berens
Darby K. Kennedy
DYER & BERENS, LLP
303 E. 17th Avenue, Suite 300
Denver, CO 80203
Telephone:  303/861-1764
303/395-0393 (fax)
Email: bob@dyerberens.com
       jeff@dyerberens.com
       darby@dyerberens.com

Randall J. Baron
A. Rick Atwood, Jr.
David T. Wissbroecker
Edward M. Gergosian
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
Email: randyb@rgrdlaw.com
       ricka@rgrdlaw.com
       dwissbroecker@rgrdlaw.com
       egergosian@rgrdlaw.com

s/ William J. Leone
William J. Leone
FULBRIGHT & JAWORSKI LLP
Republic Plaza
370 17th Street, Suite 2150
Denver, CO 80202
Telephone: 303/801-2700
303/801-2777 (fax)
Email: wleone@fulbright.com

Counsel for Defendants Emergency Medical Services Corporation, William A. Sanger, Robert M. LeBlanc, Steven B. Epstein, Paul B. Iannini, James T. Kelly, Michael L. Smith, Kevin E. Benson, and Leonard Riggs, Jr.

Phillip A. Geraci
W. Stewart Wallace
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: 212/836-8000
212/836-8689 (fax)
Email: pageraci@kayesholer.com
       swallace@kayesholer.com

Counsel for Defendants Emergency Medical Services Corporation, *et al.*
*Pro hac vice*

Richard A. Maniskas
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA  19087
Telephone:  484/588-5516
484/450-2582 (fax)
Email: rmaniskas@rmclasslaw.com

Counsel for Plaintiffs

s/ David B. Wilson
David B. Wilson
HOLME, ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: 303/861-7000
303/866-0200 (fax)
Email: david.wilson@hro.com

Counsel for Defendant Clayton, Dubilier
& Rice, LLC

Gary W. Kubek
Jennifer R. Cowan
Andrew C. Adams
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: 212/909-6000
212/909-6836 (fax)
Email: gwkubek@debevoise.com
            jrcowan@debevoise.com
            acadams@debevoise.com

Counsel for Defendant Clayton, Dubilier &
Rice, LLC
*Pro hac vice*

s/ Jacob Licht
Mark A. Wielga
Jacob Licht
TEMKIN WIELGA & HARDT LLP
1900 Wazee Street, Suite 303
Denver, CO 80202
Telephone: 303/292-4922
303/292-4921 (fax)
Email: wielga@twhlaw.com
            licht@twhlaw.com

Counsel for Defendant Onex Corporation

- 4 -

David W. Brown
Moses Silverman
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212/373-3000
212/757-3990 (fax)
Email: dbrown@paulweiss.com
       msilverman@paulweiss.com

Stephen P. Lamb
Meghan M. Dougherty
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
500 Delaware Avenue, Suite 200
Wilmington, DE 19899
Telephone: 302/655-4410
302/655-4420 (fax)
Email: slamb@paulweiss.com
       mdougherty@paulweiss.com

Counsel for Defendant Onex Corporation
*Pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2011, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

> s/ Darby K. Kennedy
> Darby K. Kennedy
> Attorney for Plaintiffs
> DYER & BERENS LLP
> 303 East 17th Avenue, Suite 300
> Denver, CO  80203
> Telephone: (303) 861-1764
> FAX: (303) 395-0393
> Email: darby@dyerberens.com