**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Lead Civil Action No. 1:11-cv-00412-CMA-MEH
(Consolidated for All Purposes with Civil Action No. 1:11-cv-00496-CMA-MEH)

MICHAEL WOOTEN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

655849_1

PLEASE TAKE NOTICE that A. Rick Atwood, Jr., of the law firm Robbins Geller Rudman & Dowd LLP, hereby enters his appearance as counsel for plaintiffs. All pleadings, notice correspondence, and other matters in this action should be directed to Mr. Atwood at the address indicated below.

DATED: October 5, 2011

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
EDWARD M. GERGOSIAN

s/ A. Rick Atwood, Jr.
A. RICK ATWOOD, JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com
egergosian@rgrdlaw.com

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)
bob@dyerberens.com
jeff@dyerberens.com

- 2 -

655849_1

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA  19087
Telephone:  484/588-5516
484/450-2582 (fax)
rmaniskas@rmclasslaw.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants as identified on the Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants as indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 5, 2011.

s/ A. Rick Atwood, Jr.
A. RICK ATWOOD, JR.
Attorney for Plaintiffs
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: ricka@rgrdlaw.com

655849_1