IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Lead Case No. 1:11-cv-00412-CMA-MEH
(Consolidated for All Purposes with Case No. 1:11-cv-00496-CMA-MEH)

MICHAEL WOOTEN, Individually, and on Behalf of All Others Similarly Situated,
NEAL GREENBERG, Individually, and on Behalf of All Others Similarly Situated

Plaintiff,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
GOLDMAN SACHS & CO.,
MERRILL LYNCH PIERCE, FENNER & SMITH, INC.,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LeBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON and
LEONARD RIGGS, JR.,

Defendants.

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective January 1, 2012, the firm name for

undersigned counsel for Defendant Clayton, Dubilier & Rice, LLC is now Bryan Cave HRO.

The firm's and its lawyer's address, telephone number and fax number have not been affected by

this change.  Undersigned counsel's email address has changed to david.wilson@bryancave.com,

as indicated in the signature block below, although the previous @hro.com email address will

also continue to function.

Respectfully submitted this 6th day of January 2011.

*s/David B. Wilson*
David B. Wilson
BRYAN CAVE HRO
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone:  (303) 861-7000
Facsimile:  (303) 866-0200
david.wilson@bryancave.com

ATTORNEYS FOR DEFENDANT
CLAYTON, DUBILIER & RICE, LLC

2

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 6, 2012, the foregoing was

electronically filed with the Clerk of Court using the CM/ECF system which will send

notification of such filing to all counsel of record.

*s/David B. Wilson*
David B. Wilson

#1576570 v1 den