IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00412-CMA-MEH

MICHAEL WOOTEN, individually and on behalf of all others similarly situated, and
NEAL GREENBERG, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EMERGENCY MEDICAL SERVICES CORPORATION,
CLAYTON, DUBILIER & RICE, LLC,
ONEX CORPORATION,
WILLIAM A. SANGER,
ROBERT M. LEBLANC,
STEVEN B. EPSTEIN,
PAUL B. IANNINI,
JAMES T. KELLY,
MICHAEL L. SMITH,
KEVIN E. BENSON,
LEONARD RIGGS, JR., and
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 23, 2012**.

    Plaintiffs' Unopposed Motion to Vacate Status Conference [filed January 20, 2012; docket #104] is **granted**. The Status Conference currently scheduled for January 30, 2012 is **vacated**.